**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**David M. SCATES, Defendant–**
**Appellant.**

**No. 02–7712.**

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 30, 2003.

Decided Feb. 5, 2003.

David M. Scates, Appellant Pro Se. Stephen Wiley Miller, Noelle Dalrymple, Office of the United States Attorney, Richmond, Virginia, for Appellee.

Before WIDENER, NIEMEYER, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

David M. Scates seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude for the reasons stated by the district court that Scates has not made a substantial showing of the denial of a constitutional right. *See United States v. Scates*, Nos. CR–98–87; CA–01–750 (E.D.Va. Oct. 29, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*